UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., <br>    Plaintiff, <br> <br> v. <br> <br> TARA RAINEY, d/b/a <br> ANTHONY'S BAR & GRILL, <br>    Defendant. | No. 3:14-cv-1322 (SRU) |

**INJUNCTION ORDER**

Defendant Tara Rainey, d/b/a Anthony D's Bar & Grill, has willfully infringed upon copyrights for musical compositions owned by plaintiffs Broadcast Music, Inc. ("BMI"), Adult Music; Screen Gems–EMI Music, Inc., Universal–Songs of Polygram International, Inc., and Cyanide Publishing (collectively "plaintiffs"), in violation of the Copyright Act, 17 U.S.C. §§ 501, *et seq*.  *See Order and Ruling on Mot. for Default J.* ("Ruling") (doc. 20).  For the reasons set forth in the Ruling and pursuant to Rule 65 of the Federal Rules of Civil Procedure, it is hereby ordered that Rainey, her agents, servants, employees, and all persons acting under her permission or authority are permanently enjoined from directly infringing, and/or contributorily or vicariously infringing, or improperly inducing the direct infringement of, the plaintiffs' copyrighted songs.

It is so ordered.

Dated at Bridgeport, Connecticut, this 29th day of May 2015.

　　　　　　　　　　　　　　　　　　　　　　 /s/ STEFAN R. UNDERHILL
　　　　　　　　　　　　　　　　　　　　　　Stefan R. Underhill
　　　　　　　　　　　　　　　　　　　　　　United States District Judge